650

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of February, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Whether, under the Court's recent decision in *Tincher v. Omega Flex, Inc. [*628 Pa. 296*]*, 104 A.3d 328 (Pa.2014), a defendant in a strict-liability claim based on a failure-to-warn theory has the right to have a jury determine whether its product was "unreasonably dangerous[?]"

Justice EAKIN did not participate in the consideration or decision of this matter.

130 A.3d 1283

**Thomas AMATO and Jean Amato, his wife**

v.

**BELL & GOSSETT, Clark–Reliance Corp., Copes–Vulcan, Inc., Crane Co., Dezurik/Copes–Vulcan, Electrolux Home Products, Inc., Goodyear Canada, Inc., Greene, Tweed & Company, Industrial Holdings Corp. f/k/a Carborundum Company, Inc., J.A. Sexauer, Inc., John Crane, Inc., Lincoln Electric Co., Nibco, Inc., Parker–Hannifin Cop., Saint–Gobain Abrasives, Inc., Sepco Corp., SPX Corp., Velan Valve Corp., William Powell Company, Ingersoll Rand Company, Trane US, Inc., Individually and f/k/a American Standard, Inc., Successor to the Trane Co., American Radiator & Standard Sanitary Corp., Kewanee Boiler, Co., and/or Kewanee Boiler Div. of American Standard, Union Carbide Corp. and Warren Pumps, LLC**

**Petition of Crane Co.**

Supreme Court of Pennsylvania.

Feb. 1, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of February, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED** TO the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Whether, under the Court's recent decision in *Tincher v. Omega Flex, Inc.* [628 Pa. 296], 104 A.3d 328 (Pa.2014), a defendant in a strict-liability claim based on a failure-to-warn theory has the right to have a jury determine whether its product was "unreasonably dangerous[?]"

Justice EAKIN did not participate in the consideration or decision of this matter.

131 A.3d 1

Ralph GILBERT, Gloria Gilbert, Michelle Torgerson, Edwin Torgerson, Melda Bittorf, Beverly Cox, William Cox, Kimberly Miles, Clea Fockler, John Fockler, Linda Eckert, Scott Eckert, William Strine, Kenny Jasinski, Dennis Jasinski, Kathryn Jasinski, Joseph Jasinski, Patricia Unverzagt, Megan Jacobs, Barbara Unverzagt, Donna Parr, Jeff Fodel, Wendy Fodel, Jennifer Jasinski, John Jasinski, Judy Queitzsch, Jean Fry, Rick McSherry, John Freese, Donna Lynn Freese, Jeff Van Voorhis, Susan Lee Fox, Terrence Fancher and Donna Fancher, Appellees

v.

SYNAGRO CENTRAL, LLC, Synagro Mid–Atlantic, George Phillips, Hilltop Farms and Steve Troyer, Appellants.

Supreme Court of Pennsylvania.

Argued May 5, 2015.

Decided Dec. 21, 2015.